UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Brenda Core,<br><br>       Plaintiff,<br><br>vs.<br><br>Park Green Properties, L.P., a California Limited Partnership; and Does 1-10,<br><br>       Defendants. | Case No.  2:20-cv-01810 JAK (AFMx)<br><br>**ORDER RE STIPULATION FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii) (DKT. 36)**<br><br>JS-6 |

Based on a review of the Stipulation for Dismissal Pursuant To Federal Rule Of Civil Procedure 41(a)(1)(A)(ii) (the "Stipulation" (Dkt. 36)), sufficient good cause has been shown for the requested relief. Therefore, the Stipulation is **APPROVED**, and this action is **DISMISSED WITH PREJUDICE** in its entirety. Each party shall bear their respective attorney's fees and costs.

**IT IS SO ORDERED.**

Dated: April 28, 2021

John A. Kronstadt
United States District Judge